FILED

09/26/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0310

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0310

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

    v.                                O R D E R

GALEN LEWIS HAWK,

      Defendant and Appellant.

_____

Upon consideration of Appellant's motion for extension of time to file the reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until October 31, 2022, to file the reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 26 2022